# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 3, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

151800(60)(65)

CLAM LAKE TOWNSHIP, and
HARING CHARTER TOWNSHIP,
      Appellants,

v

                          SC: 151800
                          COA: 325350

DEPARTMENT OF LICENSING AND
REGULATORY AFFAIRS / STATE
BOUNDARY COMMISSION, TERIDEE, LLC,
and CITY OF CADILLAC,
      Appellees.

Wexford CC: 2014-025391-AA

_____/

      On order of the Chief Justice, the appellants' motions to file a post-argument supplemental brief and a post-argument reply are GRANTED. The supplemental brief and reply, as well as the answers thereto, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 3, 2017

_____
Clerk